IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JOHNNIE HENSON                                                                                          PLAINTIFF

v.                                               Case No. 4:19-cr-4052

AETNA LIFE INSURANCE
COMPANY                                                                                                  DEFENDANT

## **ORDER**

Before the Court is a Joint Motion for Leave to File Administrative Record Under Seal. ECF No. 8. The parties move for permission to file under seal the administrative record in this case because it contains sensitive medical and financial information associated with Plaintiff's claim for benefits. The parties assert that, because of the nature and number of documents included in the record, redaction would be impractical and onerous. Upon consideration, the Court finds that the Joint Motion for Leave to File Administrative Record Under Seal (ECF No. 8) should be and hereby is **GRANTED**. The parties are permitted to file the administrative record under seal.

**IT IS SO ORDERED**, this 24th day of January, 2020.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge