IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JOHNNIE HENSON                                                    PLAINTIFF

v.                          Case No. 4:19-cv-4052

AETNA LIFE INSURANCE COMPANY                                      DEFENDANT

## **ORDER**

Before the Court is a Joint Stipulation of Dismissal with Prejudice.  ECF No. 12.  The

parties stipulate to the dismissal of this lawsuit with prejudice, with each party to bear its own

costs.  Thus, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff's complaint is

**DISMISSED WITH PREJUDICE**.

        **IT IS SO ORDERED**, this 30th day of April, 2020.

                                                /s/ Susan O. Hickey
                                                Susan O. Hickey
                                                Chief United States District Judge